UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

vs.                                                              (S1)16- CR-212-21 (LAK)

CINTRON POWELL (21),

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

        The Court having today sentenced this defendant to time served,

        IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant CINTRON POWELL, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 2/24/2026

                                Lewis A. Kaplan
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/26