USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CINTRON POWELL,

Defendant.

~~PROPOSED~~ ORDER

16 Cr. 212 (LAK)

WHEREAS, defendant Cintron Powell was convicted of violating 18 U.S.C. § 924(c)(1)(A)(i) and commenced federal supervised release on or about August 24, 2020;

WHEREAS, on or about October 20, 2021, the U.S. Probation Office filed a Violation Report containing eight specified violations of the terms of the defendant's supervised release;

WHEREAS, with the defendant's consent, the defendant's allocution concerning his admissions to specifications 4 and 7 of the Violation Report was made before United States Magistrate Judge Ona T. Wang on February 7, 2025;

WHEREAS, a transcript of the plea allocution was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the admissions knowingly and voluntarily and that there was a factual basis for his admission of the violations;

IT IS HEREBY ORDERED that the defendant's admissions are accepted.

**SO ORDERED:**

Dated: New York, New York
February 24, 2026

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK